AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| JAMES KENNETH MANNING, JR., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br>     Defendant. ) | **JUDGMENT** <br> **CASE NO. 4:12-CV-204-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 22]. Plaintiff's Objections to the Memorandum and Recommendations [D.E. 23] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 17] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JUNE 11, 2013,** WITH A COPY TO:

Susan M. O'Malley  (via CM/ECF electronic notification)
Marc D. Epstein   (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| June 11, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |